No. 13–0060/AR. U.S. v. Juel R. Bizzell. CCA 20100898. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 1, 2012.

No. 13–0061/AR. U.S. v. Ted C. Squire. CCA 20091106. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 1, 2012.

No. 13–0036/MC. U.S. v. Shawn T. Lucas. CCA 201100372. On consideration of Appellant's motion to extend time to file the supplement to the petition for grant of review and motion to clarify and Appellee's motion to remand, it is ordered that Appellee's motion to remand is hereby granted, and that Appellant's motion to extend time to file the supplement to the petition for grant of review and motion to clarify are hereby denied as moot.

No. 11–0476/AR. U.S. v. Berttran L. Tiller. CCA 20080438. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including October 30, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0048/AR. U.S. v. Bobby D. James. CCA 20081163. Appellee's motion to file the 10–day letter out of time is denied.

No. 12–0451/AF. U.S. v. Pablo P. Irizarry. CCA 37748. On consideration of the motions filed by Robert D. Gifford II, Esq., it is ordered that said motions are